# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| NATURESWEET, LTD., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> MASTRONARDI PRODUCE, LTD, § <br> MASTRONARDI PRODUCE-USA, INC., § <br> and WORLDWIDE PLASTICS § <br> COMPANY, § <br> § <br> *Defendants*. § | Civil Action No.: 4:13-CV-3419 |

## NOTICE REGARDING
## DEFENDANTS' MOTION FOR SUBSTITUTE SERVICE

Defendants Mastronardi Produce, Ltd., Mastronardi Produce-USA, Inc., and Worldwide Plastics Company (collectively, "Defendants") file this Notice Regarding Defendants' Motion for Substitute Service, and would respectfully show the Court as follows:

On Friday, November 22, 2013, Defendants were able to serve Ms. Christine Nittrouer by hand delivery. Accordingly, Defendants' Motion for Substitute Service is moot. No further action is requested from the Court at this time.

Date:  November 25, 2013          Respectfully submitted,

                                                             */s/ Christopher J. Schwegmann*
                                                             Christopher J. Schwegmann (TSBN 24051315)
                                                             cschwegmann@lynnllp.com
                                                             Mark E. Turk (TSBN 007866298)
                                                             mturk@lynnllp.com
                                                             Christopher W. Patton (TSBN 24083634)
                                                             cpatton@lynnllp.com
                                                             **LYNN TILLOTSON PINKER & COX, L.L.P.**
                                                             2100 Ross Avenue, Suite 2700
                                                             Dallas, Texas  75201
                                                             214-981-3800 Telephone
                                                             214-981-3839 Facsimile

                                                             David E. Einstandig (admitted *pro hac vice*)
                                                             deinstandig@thavgross.com
                                                             **THAV GROSS P.C.**
                                                             30150 Telegraph Road, Suite 444
                                                             Bingham Farms, Michigan 48025
                                                             248-645-1700 Telephone
                                                             248-220-1410 Facsimile

                                                             **COUNSEL FOR DEFENDANTS**


## CERTIFICATE OF SERVICE

       The undersigned does hereby certify that on November 25, 2013, a true and correct copy of the forgoing *Notice Regarding Defendants' Motion for Substitute Service* was duly served upon counsel and the third-party witness as shown below:

**VIA EMAIL: jeff.richardson@nortonrosefulbright.com**
J. Jeff Richardson
NORTON ROSE FULBRIGHT, LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784

**VIA EMAIL: christine.l.nittrouer@rice.edu**
Christine Lynn Nittrouer
2343 South Blvd.
Houston Texas 77098-5226


                                                             */s/ Christopher J. Schwegmann*
                                                             Christopher J. Schwegmann